UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| WILLIAM STEVENSON, III, | : | CASE NO. 15-51063 |
| Debtor. | : | JUDGE HOFFMAN, JR. |

**NOTICE OF CHANGE OF ADDRESS OF DEBTOR**

Comes now the Debtor, William Stevenson, III, through the undersigned Case Attorney, and hereby gives this Court, and the Chapter 13 Trustee, notice of the Debtor's new mailing address. The Debtor's current mailing address is as follows:

**1201 Wedgewood Terrace**
**Westerville, OH 43082**

Respectfully submitted,

*/s/ Christopher J. Spiroff*
Christopher J. Spiroff (0042247)
1180 South High Street
Columbus, OH 43206
614/224.2104
Fax: 614/224.2066
Case Attorney for Debtor

CERTIFICATE OF SERVICE

The undersigned hereby states that a true and accurate copy of the foregoing Notice was served upon the following parties in interest, either by electronic means, or by regular, first-class, U.S. Mail, postage prepaid, on the date and at the addresses appearing below:

03/07/2016                                      */s/ Christopher J. Spiroff*
Date                                            Christopher J. Spiroff

**served electronically**

Faye D. English, Chapter 13 Trustee
U.S. Trustee

**served by regular, U.S. Mail**

William Stevenson, III, 1201 Wedgewood Terrace, Westerville, OH 43082